FILED'10 JUL 08 14:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

BERNETTA A. HENDERSON,

      Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

      Defendant.

CV 08-1139-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$5156.36** are hereby awarded to plaintiff

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: _July 7_____, 2010.

_____
ANNA J. BROWN
United States District Judge

PRESENTED BY:

s/ Richard A. Sly___
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff